RECEIVED

OCT 20 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES VEAL (#264130) | DOCKET NO. 10-CV-1013; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| WARDEN TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the following defendants be and are hereby **DISMISSED** from this action: **Dr. Itchwood, Warden Wilkinson, Warden Stevenson, Pat Thomas,** and **Dr. Pacheco.**

THUS DONE AND SIGNED at _Alexandria_, Louisiana, this 20th day of _October_, 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE